# UNITED STATES DISTRICT COURT
# Western DISTRICT OF TN

Mohammad A. Toutio )
      Plaintiff, )
  vs. )
United States District Court, Western District of Tennessee )
      Defendant. )

PLEASE TAKE NOTICE that on January 3rd, 2020, Plaintiff Mohammad A. Toutio will move this Court for an order to correct birth date on petition for naturalization.

Dated 1-3-2020

_____
ANY ATTORNEY OR PARTY

3313 Doberman Cove
Bartlett, TN 38134
(901) 246-8332

- 1 -
NOTICE OF FEDERAL RULE 60: MOTION TO CORRECT ORDER